UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                CASE NO.: 14-29899-BKC-RAM
                                                                      Chapter 7

**CARLOS HEREDERO**
SSN: XXX-XX-2074

      Debtor(s).                        /

**NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*[1]**
*(Documents to be produced in lieu of appearance)*

**TO:**       Carlos Heredero
             c/o Robert Sanchez, Esq.
             355 W 49 St
             Miami, FL 33012

      **PLEASE TAKE NOTICE** that the undersigned attorney, will take the Rule 2004 Examination of:

**NAME:**     Carlos Heredero

**DATE:**     November 13, 2014

**TIME:**     10:00 a.m.

**PLACE:**   Tabas, Freedman & Soloff, P.A.
             One Flagler Building
             14 Northeast First Avenue, Penthouse
             Miami, FL 33132

      The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

---

[1] *Please mail or deliver legible copies of the items to be produced to the undersigned attorney at his Miami address on or before November 10, 2014, at 5:00 p.m., in lieu of appearance.*

CASE NO.:  14-29899-BKC-RAM

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony.  The scope of the examination shall be as described in Bankruptcy Rule 2004.  Pursuant to Local Rule 2004-1 no order shall be necessary.

**The documents listed on Schedule "A" shall be produced on or before November 6, 2014 by 5:00 p.m. to the address of the attorney listed below.  To the extent the documents are produced timely, the examination will be cancelled until further notice.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 27, 2014, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Carlos Heredero
11249 SW 244TH TERRACE
Homestead, FL 33032-4626

          Respectfully submitted,

          /s/ Joel L. Tabas
          Joel L. Tabas
          Fla. Bar No. 516902
          Tabas, Freedman & Soloff, P.A.
          Attorneys for Trustee, Joel L. Tabas
          One Flagler Building
          14 Northeast First Avenue - Penthouse
          Miami, Florida 33132
          Telephone:  (305) 375-8171
          Facsimile:  (305) 381-7708
          E-mail: jtabas@tabasfreedman.com

2

Tabas, Freedman & Soloff, P.A. · One Flagler Building, 14 Northeast First Avenue, Penthouse, Miami, Florida 33132 · (305) 375-8171

CASE NO.: 14-29899-BKC-RAM

## **SCHEDULE "A"**

**DEFINITIONS:**

For purposes of responding to *duces tecum* request for deposition, the following definitions shall apply:

1. "Debtor," "You" or "Your" means CARLOS HEREDERO and his/her agents, attorneys, accountants and representatives.

2. "Petition Date" means September 3, 2014.

3. "Petition" means the voluntary bankruptcy petition filed on September 3, 2014, which commenced this case.

4. "Document" or "documents" as used herein shall mean the original and any copy, regardless of its origin and location, of all writings of any kind whatsoever including, but not limited to, all abstracts, accounting journals, accounting ledgers, advertisements, affidavits, agendas, agreements or proposed agreements, analyses, appointment books, appraisals, articles of incorporation, balance sheets, bank checks, bank deposit or withdrawal slips, bank credit or debit memoranda, bank statements, blue prints, books, books of account, budgets, bulletins, bylaws, canceled checks, charts, checks, codes, communications, communications with government bodies, computer data or printouts, conferences, contracts, correspondence, data processing cards, data sheets, desk calendars, details, diagrams, diaries, disks or data compilations from which information can be obtained or translated, drafts, drawings, electromagnetic tapes, files, films, financial calculations, financial projections, financial statements, graphs, handwritten notes or comments however produced or reproduced, indexes, insertions, instructions, internal accounting records, interoffice communications, invoices, ledgers, letters, lists, logbooks, manuals, memoranda, microfilm, minutes of meetings, motion pictures, newspaper or magazine articles, networks, nonconforming copies which contain deletions, notations or records of meetings, notes, notices of wire transfer of funds, outlines, pamphlets, papers, passbooks, periodicals, photocopies, photographs, pictures, plans, preliminary drafts, press releases, proposals, publications, punch cards, raw and refined data, receipts, recommendations, records, records of conferences or conversations or meetings, records of payment, reports, resolutions, results of investigations, schedules, schematics, sepia, shipping papers, slides, specifications, speeches, statements of account, studies, summaries, surveys, tape recordings, tax returns, telegrams, telephone logs and records, telephone and other conversations or communications, teletypes, telexes, transcripts, transcripts of tape recordings, video tapes, voice records, vouchers, work papers, worksheets, written notations, and any and all digital or analog electronic files whether on- or off-site, including "deleted" files and file fragments, store in machine-readable format on magnetic, optical or other storage media, including the hard drives or floppy disks used by the Debtors and their backup media (e.g., other hard drives, backup tapes, floppies, JAZ cartridges, CD-ROMS"s) or otherwise, whether such

3

files have been reduced to paper printouts or not.  This includes but is not limited to E-mails, both sent and received, whether internally or externally; all word-processed files, including drafts and revisions; all spreadsheets, including drafts and revisions; all databases; all CAD (computer aided design) files, including drafts and revision; all presentation data or slide shows produced by presentation software (such as Microsoft Power Point); all graphs, charts and other data produced by project management software (such as Microsoft Project); all data generated by calendaring, task management and Personal Information Management (PIM) software (such as Microsoft Outlook or Lotus Notes); all data created with the use of Personal Data Assistants (PDA s), such as Palm Pilot, HP Jornada, Cassiopeia or other Windows CE-based or Pocket PC devices; all data created with the use of document management software; all data created with the use of paper and electronic mail logging and routing software; all Internet and Web-browser-generated history files, caches and "cookies" files and all backup storage media, and any and all other papers similar to any of the foregoing.  Any document containing thereon or attached thereto any alterations, comments, notes or other material not included in the copies or originals or referred to in the preceding definition shall be deemed a separate document within said definition.  Any document shall include all exhibits, schedules or other writings affected by or referenced in any such document or other writings necessary to complete the information contained therein or make it not misleading.

     5.    "And" and "or" as used herein are terms of inclusion and not of exclusion, and shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request for production of documents any document or information that might otherwise be construed to be outside its scope.

     6.    "Interest" as used herein includes, but is not limited to, a sole or aggregation of rights, privileges, and powers to hold, possess, control, influence, exclude, or benefit from.  It includes any legally recognized right conferred upon an owner, shareholder, director, partner, limited partner, or by any other interest, legal or equitable, which allows the holder to control or otherwise influence or benefit from an entity or real or personal property.

     7.    "Any" means one or more.

     8.    "Describe," "discuss," "analyze," "describing," "discussion," or "analyzing," mean any document or otherwise that, in whole or in part, characterizes, delineates, explicates, deliberates, evaluates, appraises, assesses or provides a general explanation of the specified subject.

     9.    "Person" means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

10. "Relate to" and "relating to" mean to make a statement about, refer to, discuss, describe, reflect, contain, comprise, identify, or in any way to pertain to, in whole or in part, or otherwise to be used, considered, or reviewed in any way in connection with, the specified subject. Thus, documents that "relate to" a subject also include those which were specifically rejected and those which were not relied or acted upon.

11. The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

12. Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less, inclusive.

13. "Year" means calendar year.

14. Unless otherwise provided, the applicable scope of time is from September 2010 to the present.

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

## SCHEDULE "A"

**PLEASE PROVIDE COPIES OF THE FOLLOWING:**

1. An itemized schedule of all real property which You own, directly or indirectly, or had an ownership interest, or beneficial interest, in the four (4) year period up to and including the Petition Date, detailing the property address, the legal description, and Your interest therein.

2. For all properties described in Paragraph 1, copies of all documents reflecting your ownership interest in said real property, including but not limited to deeds, sales contracts and mortgages.

3. For all properties described in Paragraph 1, that were sold or transferred, either by you or to you, or by or to an entity in which you have or had any type of legal or beneficial interest, before the Petition Date, an itemized schedule detailing when the real property was transferred or sold, contact information for the transferee, and the amount received for the transfer or sale and copies of all documents evidencing the transfer of the real property including deeds and sales contracts.

4. For all properties described in Paragraph 1, copies of all account statements reflecting the current loan balance of any and all mortgages or other liens secured by these properties, including by not limited to financial statements prepared by You or on Your behalf that were submitted and any other financial statements produced to mortgage holders.

5. For all properties described in Paragraph 1, an itemized schedule describing (a) the date on which rent was collected and the amount collected (b) a description of the property from which rent was collected; copies of any and all lease agreements; names and contact information for any and all tenants that have lived at any of the real properties for the four (4) year period up to and including the Petition Date.

6. All insurance binders on any insurance policy obtained on Your real property for the last four years up to and including the Petition Date.

7. Bank statements and cancelled checks for each account in which You have an interest or had an interest for the twelve (12) month period up to and including the Petition Date, including but not limited to any account(s) listed on line 2 of Schedule B and line 11 of Your Statement of Financial Affairs of Your Petition.

8. Color photographs and an itemized schedule of the household goods and furnishings listed on line 4 of Schedule B and valued at $1,650.00 and copies of any documents that support the scheduled valuation.

9. Bank statements, credit card statements, receipts, insurance policies and any and all other documents that reflect the value of all jewelry listed on line 7 of Schedule B of your Petition.

10. Any and all documents related to the vehicle(s) listed on Schedule B of Your Bankruptcy Petition, or to the vehicle(s) which you drive regularly or have driven regularly (more than 3 times a week), which establish the year, make and model of the vehicle(s), including but not limited to the title, registration, proof of insurance, loan statements and payoff amount for said vehicle loan, if any, as of the Petition Date and as of the date of Your 2004 Examination.

11. Documentation reflecting or relating to your ownership in any other vehicle, transactions concerning the sale of any such vehicle(s) and distribution of sale proceeds therefrom, for the four (4) year period leading up to and including the petition date.

12. Credit card statements for each and every credit card in which you are listed as a signatory for the twelve (12) month period up to and including the Petition Date.

13. All charge account statements for every charge account listed on Schedule F of Your Petition for the twelve (12) month period up to and including the Petition Date.

14. All account statements for every line of credit listed on Schedule F of Your Petition for the twelve (12) month period up to and including the Petition Date.

15. All documents referring to, regarding, or reflecting the nature of the goods or services purchased or obtained with the credit card and credit line debt incurred by the Debtor, including receipts, bills, checks, invoices, and any other documents identifying the goods or services purchased.

16. Your federal income tax returns (including but not limited to forms 1040, 1040-A, W-2 forms, and all other attached schedules) filed by You or on Your behalf, for the four (4) year period up to and including the Petition Date.

17. All financial statements, inventories, and schedules reflecting Your assets, liabilities, income and net worth, whether prepared by You or on Your behalf, for the one (1) year period up to and including the Petition Date.

18. A schedule of all personal property owned by You or in which You have had an interest of any kind (whether legal or beneficial or a combination thereof) at any time for the one (1) year period up to and including the Petition Date.

19. All documents evidencing, relating to, or referring to any compensation, including salary, bonuses, gifts, gratuities, or fringe benefits of whatever kind or nature, paid to You by any person, firm, or other business venture in which You have, or have had any interest, from the one (1) year period up to and including the Petition Date.

20. Any and all documents in Your possession or obtainable by You that relate to any business in which you have or had an interest for the four (4) year period up to and including the Petition Date.

**The Trustee reserves the right to request additional documents as its investigation continues, as the Examination proceeds, as additional issues are uncovered, and as clarifications are required.**

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171